FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

May 24, 2018

Michael White
#02158436
Gist Unit
3295 FM 3514
Beaumont, TX 77705

RE:    Court of Appeals Number:   02-17-00305-CR
                                    02-17-00306-CR
                                    02-17-00307-CR

       Trial Court Case Number:   1464400D
                                    1470552D
                                    1470991D

       Style:   Michael White
                v.
                The State of Texas

Dear Mr. White:

Your court-appointed attorney, J. Warren St. John, filed a motion to withdraw as counsel on appeal and a brief supporting that motion in the above cause. In these documents, your attorney has certified that, in his opinion, any appeal of your conviction would be wholly frivolous and without merit.

Your attorney has provided this court with a copy of a letter that was sent to you on May 24, 2018. In that letter, your attorney states that copies of the motion and brief have been delivered to you. Your attorney also states in the letter that a form motion for pro se access to the appellate record has been provided to you should you wish to review it for the purpose of filing a pro se response to the *Anders* brief in which you point out any alleged errors that you feel were committed in your trial.

FILE COPY

If you wish to examine the record and file a pro se response, please sign and date the motion for pro se access to the appellate record that your attorney provided you and send it to the Second Court of Appeals within **fourteen (14) days** of the date of this letter. The address for the Second Court of Appeals is 401 W. Belknap, Suite 9000, Fort Worth, Texas 76196. After you have been provided access to the appellate record, the court will then set a due date for your pro se response to be filed.

If you do not file a motion for pro se access to the appellate record within **fourteen (14) days** of the date of this letter, this court will assume that you do not wish to file a pro se response to the *Anders* brief and that you have nothing to add to the brief filed by your attorney.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk

cc:     J. Warren St. John
        2020 Burnett Plaza
        801 Cherry St., Unit No. 5
        Fort Worth, TX 76102

        Joseph W. Spence
        Assistant District Attorney
        401 W. Belknap Street
        Fort Worth, TX 76196

        Criminal District Clerk, Tarrant County
        Tim Curry Criminal Justice Center
        401 W. Belknap, 3rd Floor
        Fort Worth, TX 76196-0402